UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

JS 6

| Case No. | CV 12-249 DSF (MANx) | Date | 1/12/12 |
|---|---|---|---|

| Title | The Bank of New York Mellon Successor Trustee Under Novastar Mortgage Funding Trust v. Maria Gallardo, et al. |
|---|---|

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

  This matter was removed from state court on January 10, 2012, based on federal question and diversity jurisdiction. The complaint was filed October 21, 2011. It is a state law unlawful detainer complaint that does not state a federal cause of action. While the notice of removal raises issues of federal law, federal question jurisdiction is based on the plaintiff's complaint and not on any federal counterclaims or defenses that a defendant might assert. See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002). Diversity jurisdiction is also not present as the amount in controversy requirement is not met. The complaint explicitly limits the amount of damages to $10,000.

  The case is REMANDED to the Superior Court of California, County of Los Angeles.

  IT IS SO ORDERED.